IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERKS OFFICE US DISTRICT COURT
AT ROANOKE, VA
FILED

April 20, 2026

LAURA A. AUSTIN, CLERK
BY: /s/ M. Poff
DEPUTY CLERK

GIDEON LEONARD,                    )
                                   )
        Plaintiff,                 )        Case No. 7:25-cv-00881
                                   )
v.                                 )        **MEMORANDUM OPINION**
                                   )
OFFICER GRIZZLE, *et al.*,         )        By:    Hon. Thomas T. Cullen
                                   )               United States District Judge
        Defendants.                )

Plaintiff Gideon Leonard, proceeding *pro se,* filed this civil-rights action under 42 U.S.C. § 1983 against Defendants Officer Grizzle and Nathan Jones. (*See* ECF No. 1.) By Order entered December 3, 2025, the court advised Plaintiff that he must notify the court in writing immediately upon his transfer or release and provide the court with his new address. (ECF No. 3.) The court further advised Plaintiff that his failure to provide an updated address would result in dismissal of this action. (*Id.* at 2.)

On April 3, 2026, an order mailed to Plaintiff was returned to the court as undeliverable, indicating that Plaintiff is no longer incarcerated at Southwest Virginia Regional Jail - Duffield. (*See* ECF No. 9.) To date, Plaintiff has not notified the court of his transfer or release and has not provided the court with an updated address.

Based on Plaintiff's failure to provide the court with an up-to-date address and otherwise pursue his claims against Defendants, the court will dismiss this action without prejudice for failure to prosecute and failure to comply with the court's order. *See* Fed. R. Civ. P. 41(b).

The clerk is directed to send copies of this Memorandum Opinion and the accompanying Order to Plaintiff's last known address.

**ENTERED** this 20th day of April, 2026.

/s/ Thomas T. Cullen
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE